UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Jaime Bunkholt,<br><br>      Plaintiff,<br><br>  v.<br><br>John Doe 1, acting in his individual capacity as a Minneapolis Police Officer, John Does 2-6, acting in their individual capacities as Minneapolis Police Officers; John Does 7 and 8, acting in their individual and official capacities as supervisory Minneapolis Police Officers; and the City of Minneapolis,<br><br>      Defendants. | Court File No. 22-CV-0462 (JRT/BRT)<br><br>**STIPULATION OF DISMISSAL** |

_____

The parties, by and through their undersigned counsel, stipulate that the Court may dismiss all claims and parties with prejudice and without costs to any party.

1

Dated: July 6, 2022

*/s/Andrew Irlbeck*
Andrew Irlbeck (0392626)
**ANDREW IRLBECK LAWYER CHTD.**
Paul Applebaum (0223098)
**APPLEBAUM LAW FIRM**
332 Minnesota St., Ste. W1610
St. Paul, MN 55101
Telephone: 612.986.3895
andrew@irlbecklaw.com
paul@applebaumlawfirm.com

*Attorneys for Plaintiff Jaime Bunkholt*

Dated: July 6, 2022

PETER W. GINDER
Acting City Attorney
By

*/s/Heather P. Robertson*
HEATHER P. ROBERTSON (#0390470)
KRISTIN R. SARFF (#0388003)
SHARDA ENSLIN (#0389370)
Assistant City Attorneys
Room 210, City Hall
350 South Fifth Street
Minneapolis, MN  55415
((612) 673-3949
(612) 673-3919
(612) 673-2180
heather.robertson@minneapolismn.gov
kristin.sarff@minneapolismn.gov
sharda.enslin@minneapolismn.gov

*Attorneys for Defendant City of Minneapolis*