UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JAIME BUNKHOLT, | Civil No. 22-462 (JRT/BRT) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| CITY OF MINNEAPOLIS, et al., | |
| Defendants. | |

---

Andrew M. Irlbeck, **ANDREW IRLBECK, LAWYER, CHARTERED,** 332 Minnesota Street, Suite W1610, St. Paul, MN 55101, for plaintiff.

Heather Passe Robertson, **MINNEAPOLIS CITY ATTORNEY'S OFFICE,** Civil Division, City Hall, 350 South 5th Street, Suite 210, Minneapolis, MN 55415, for defendants.

The parties have stipulated to dismissal of this case with prejudice. [Docket No. 20]

Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July 18, 2022
at Minneapolis, Minnesota.

                                                                 s/John R. Tunheim
                                                                 JOHN R. TUNHEIM
                                                                 United States District Court