# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Jaime Bunkholt | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 22-cv-00462-JRT-BRT |
| John Doe 1, John Does 2-6, John Does 7 and 8, City of Minneapolis | |
| Defendants. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

Date: 7/20/2022                                                            KATE M. FOGARTY, CLERK